# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

HANK BROWN
ADC #145085                                                                                           PLAINTIFF

V.                                    3:09CV00114 WRW/JTR

DICK BUSBY,
Crittenden County Sheriff, et al.                                                                DEFENDANTS

## ORDER

I have reviewed the Proposed Findings and Recommended Partial Disposition submitted by United States Magistrate Judge J. Thomas Ray. No objections have been filed. After careful review, the Court concludes that the Proposed Findings and Recommended Partial Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that:

1. Plaintiff's Motion for Default Judgment (docket entry #37) is DENIED.

2. The Clerk shall mail Plaintiff a copy of the Answer (docket entry #20).

3. The Court CERTIFIES, pursuant to 28 U.S.C. § 1915(a)(3), than an *in forma pauperis* appeal from this Order would not be taken in good faith.

Dated this 26th day of January, 2010.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE