IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

HANK BROWN,
ADC #145085                                                                                         PLAINTIFF

V.                              3:09CV00114 WRW/JTR

DICK BUSBY,
Crittenden County Sheriff, et al.                                                            DEFENDANTS

## ORDER

Plaintiff, Hank Brown, has filed a Motion requesting an extension of time to file his Response to Defendants' Motion for Summary Judgment. *See* docket entry #54. The Court finds good cause for granting this request.

IT IS THEREFORE ORDERED THAT:

1. Plaintiff's Motion for an Extension of Time (docket entry #54) is GRANTED.

2. Plaintiff shall file his Response to Defendants' Motion for Summary Judgment, pursuant to the instructions the Court set forth in its March 5, 2010 Order (docket entry #52), on or before **May 7, 2010.**

3. Plaintiff is reminded that the failure to timely and properly comply with this Order could result in: (a) the dismissal of this action, without prejudice, pursuant to Local Rule 5.5(c)(2); or (b) all of the facts set forth in Defendant's summary judgment papers being deemed admitted by Plaintiff, pursuant to Local Rule 56.1(c).

Dated this  7th   day of April, 2010.

_____
UNITED STATES MAGISTRATE JUDGE