**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

HANK BROWN, ADC #145085                                                    PLAINTIFF

V.                                  3:09CV00114 WRW/JTR

DICK BUSBY,
Crittenden County Sheriff, et al.                                              DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray and the filed objections. After carefully considering these documents and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that:

1.   Plaintiff's Motion for Summary Judgment (docket entry #48) is DENIED.

2.   Defendants' Motion for Summary Judgment (docket entry #49) is GRANTED, such that his: (a) inadequate medical care claims regarding his injured knee are DISMISSED, WITHOUT PREJUDICE; and (b) inadequate medical care claims regarding his tracheotomy are DISMISSED, WITH PREJUDICE.

3.   The Court CERTIFIES, pursuant to 28 § 1915(a)(3), that an *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith.

Dated this 8th day of September, 2010.

/s/ Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE