## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

HANK BROWN, ADC #145085                                                                    PLAINTIFF

V.                                       3:09CV00114 WRW/JTR

DICK BUSBY,
Crittenden County Sheriff, et al.                                                          DEFENDANTS

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that Plaintiff's inadequate medical care claims regarding his injured knee are DISMISSED, WITHOUT PREJUDICE, and his inadequate medical care claims regarding tracheotomy are DISMISSED, WITH PREJUDICE.  Further, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the accompanying Order would not be taken in good faith.

Dated this 8th day of September, 2010.

/s/ Wm. R. Wilson, Jr._____
UNITED STATES DISTRICT JUDGE